# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5198**  **September Term, 2004**

05mc00193

Filed On:

In re: Curtis L. Watson,
      Petitioner

**BEFORE:**   Ginsburg, Chief Judge, and Sentelle and Brown, Circuit Judges

## ORDER

Upon consideration of the petition for a writ of mandamus and memorandum of law and fact in support thereof, and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted, as petitioner is indigent and the Prison Litigation Reform Act's filing-fee provisions do not apply to this mandamus petition. See In re Smith, 114 F.3d 1247, 1250 (D.C. Cir. 1997). It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied. The district court properly refused to allow petitioner to file his complaint in forma pauperis, as petitioner has incurred "three strikes" under 28 U.S.C. § 1915(g), see, e.g., Watson v. Burka, No. 96-7111, unpublished order (D.C. Cir. Mar. 11, 1997); Watson v. Moore, 96cv1463, unpublished order (D.D.C. Jun. 25, 1996); Watson v. Roach, 96cv1437, unpublished order (D.D.C. Jun. 21, 1996); Watson v. Washington Post, 96cv1398, unpublished order (D.D.C. Jun. 18, 1996), and the complaint does not meet the requirements for proceeding in forma pauperis in spite of his "three strikes" status.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
NOV - 2 2005
CLERK

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk